IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR110 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| COURTNEY SIEBER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion to file under seal (filing 43) is granted.

(2)   The defendant's unopposed motion to continue sentencing (filing 44) is granted.

(3)   The defendant's sentencing is continued to Friday, April 18, 2014, at 9:00 a.m., before the undersigned United States district judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

Dated October 24, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge